Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 20 percent under paragraph 1547(a) ; and (2) the items marked with the letter "B" at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476).

No. 64152.—Price Bros. Co. et al. *v.* United States, protests 29768–K, etc. (Boston).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64153.—Dundalk Liquor Company, Inc., et al. *v.* United States, protests 109121–K, etc. (Baltimore).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MAY 11, 1960

No. 64154.—Alltransport, Incorporated, and K. Heitz Import Co. et al. *v.* United States, protests 260355–K, etc. (New York).

OLIVER, Chief Judge: The three protests enumerated in schedule "A," hereto attached and made a part hereof, relate to merchandise variously described on the invoices as "plastic Slide Binders 'Lindia,' " or " 'Lindia' plastic mounts," or " 'Lindia' frames for slides." Although the merchandise is identical in all of the protests, the collector applied a different classification in each. In protest 260355–K, the merchandise was classified by similitude as cellulose acetate articles under paragraph 31(a)(2) of the Tariff Act of 1930, as modified by T.D. 51802, and paragraph 1559 of the Tariff Act of 1930, with a duty assessment at the rate of 20 per centum ad valorem.  In protest 285699–K, the items were classified by similitude as articles composed in chief value of a compound of cellulose, not acetate, under paragraph 31(b)(2), as modified, and paragraph 1559, as amended, and assessed with duty at the rate of 30 per centum ad valorem.  In protest 293509–K, the articles were classified under the provision in paragraph 1539(b) of the Tariff Act of 1930, as modified, for